THE STATE OF KANSAS, *Appellant*, v. MARION AIMONE et al. (LORENZO PERELLO, AND JAMES DEPOLI, *Appellees*).

### No. 18,217.

#### HEADNOTE BY THE REPORTER.

MAINTAINING A NUISANCE—*Plea of Res Judicata*. A judgment against a landowner and certain other parties enjoining the maintenance of a nuisance is not an adjudication of a cause of action against the landowner and still other parties for the maintenance of a subsequent nuisance. (*The State v. Kaemmerling*, 83 Kan. 383, 111 Pac. 443.)

Appeal from Cherokee district court. Opinion filed June 7, 1913. Reversed.

*John S. Dawson*, attorney-general, and *T. T. Burr*, special assistant attorney-general, for the appellant.

*Per Curiam:* The petition charges that from July 1, 1911, until August 3, 1911, Marion Aimone, his son, and his wife maintained a common nuisance upon premises owned by the defendants, Lorenzo Perello and James Depoli, who knowingly permitted their property

to be devoted to unlawful purposes. The answer merely shows an injunction against Perello and Depoli affecting the same premises, granted on October 4, 1909. On the face of the pleadings, the parties and the offenses involved in the two suits are different, and consequently the demurrer to the answer should have been sustained. (*The State v. Kaemmerling,* 83 Kan. 383, 111 Pac. 443.)

The judgment of the district court is reversed and the cause is remanded for further proceedings.